Filed in
Rec'd
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN -1 2015

CHRISTOPHER A. PRINE
CLERK ___

No. 01-14-00025-C

Larry James Solomon
Appellant

V.

The State of Texas

In The Court of
Appeals For The
First district of Texa
At Houston

Motion For Extension of Time to
to File Petiton For Descretionary
Review

To The Honarble Justices of said Court
Now Comes, Larry Solomon, Appellant in the above
styled and number cause, and moves Court to grant extension
of time to file Appellants "Petiton For Descretionary Review"
and for good Cause shows the following.

1. This case is on appeal From the 338TH District Court of
Harris County, Texas.
2. The Case has been styled Larry Solomon V. The State of
Texas, and numbered "(1356492)" cause
3. The charge of "murder" in the case was a trial by Jury
and finding of guilt punishment by Judge and a assesment of
50 yrs was handed down.
4. Appellant was informed by Cousel of Record her position
as his Counsel and advised him of his options to file a
response to the Anders. breif, Appellant currently is seeking
Post Conviction discovery from his trial Court Regarding

pg 1

NORTH TEXAS TX P&DC
DALLAS TX 750
28 MAY 2015 PM 9 L

Mr. Larry James Solomon
01903544 - Beto
1391 Fm 3328
Tenn. Colony, TX 75880

Court of Appeals, First District
301 Fannin Street

Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 1 2015

CHRISTOPHER A. PRINE
CLERK ___

7700220665599

Legal Mail